**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1084**

---

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

Plaintiff,

DOUGLAS C. RINER,

Defendant - Appellant,

versus

ESTATE OF KAREN DENISE LANE RINER; ROBERT VARNER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, Chief District Judge. (CA-00-65-1-JPJ)

---

Submitted: June 30, 2005                    Decided: July 29, 2005

---

Before MICHAEL, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Douglas C. Riner, Appellant Pro Se.  Timothy Worth McAfee, MCAFEE LAW FIRM, P.C., Norton, Virginia, for Appellees.  Deborah Wood Dobbins, Robin J. Kegley, GILMER, SADLER, INGRAM, SUTHERLAND & HUTTON, Pulaski, Virginia, for Plaintiff.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas C. Riner appeals the district court's order awarding summary judgment to defendant and denying his motion to stay the proceedings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Connecticut General Life Ins. Co. v. Riner, No. CA-00-65-1-JPJ (W.D. Va. Jan 4. 2005). We deny Riner's motion to proceed in forma pauperis in this court as moot because he paid the filing fee. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED